383 P.3d 141

**Mitchell T. TOJIO, Plaintiff–Appellee,**

v.

**James M. PANOZZO, Defendant–Appellee,**

and

**City and County of Honolulu, Real Party in Interest–Appellant**

**NOS. CAAP–15–0000469 and CAAP–15–0000557**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 28, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 13–1–1898)

<u>MEMORANDUM OPINION</u>

Affirmed.

383 P.3d 141

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**John Christopher JENKINS, Defendant–Appellant**

**NO. CAAP–13–0003839**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 30, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 13–1–0366)

<u>MEMORANDUM OPINION</u>

Vacate. Remand.